AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Manglona, Ramona V. | District Court for the Northern Mariana Islands | 07/29/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

1671 Gualo Rai Road
P.O. Box 500687
Saipan, MP 96950

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Co-trustee and beneficiary | Family trust |
| 2.  Managing Member | Mansvilla Properties, LLC (manager-managed) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Spouse's salary- Supreme Court, Northern Mariana Islands |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Manglona, Ramona V.** | 07/29/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manglona, Ramona V. | 07/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Guam- cash accounts | A | Interest | L | T | | | | | |
| 2. First Hawaiian Bank cash accounts | | None | K | T | | | | | |
| 3. Sunset Life Insurance (Universal) | A | Interest | J | T | | | | | |
| 4. Rental Property- DFS, Garapan, Saipan, MP (Parcel 1) | D | Rent | N | W | | | | | |
| 5. Rental Property- Sandy Beach, Chalan Kanoa, Saipan, MP | D | Rent | M | W | | | | | |
| 6. Mansvilla Properties, LLC- lines 7 to 55 | | | | | | | | | |
| 7. - Garapan 1, 2 (8/22/92; $700,000) | | None | O | R | | | | | |
| 8. - Garapan 3 (4/20/79; $25,000) | | None | K | R | | | | | |
| 9. - Navy Hill parcel 1 (12/29/1980; Gov't Land Exchange) | | None | M | W | | | | | |
| 10. - Navy Hill parcel 2 (12/29/1980; Gov't Land Exchange) | | None | M | W | | | | | |
| 11. - Chalan Kanoa parcel 1 (1/21/1964; $2,250) | D | Rent | J | R | | | | | |
| 12. - Chalan Kanoa parcel 2 (5/14/2007; Gov't Land Exchange) | | None | J | W | | | | | |
| 13. - Chalan Kanoa parcel 3 (5/14/2007; Gov't Land Exchange) | | None | J | W | | | | | |
| 14. - Dandan parcel 1 (7/29/1993; $10) | E | Rent | J | R | | | | | |
| 15. - Dandan parcel 2 (1/02/1988; $24,650) | | None | K | R | | | | | |
| 16. - Dandan parcel 3 (7/25/1988; $365,000) | | None | N | R | | | | | |
| 17. - Tuturam parcel 1 (8/27/1987; $70,000) | | None | L | R | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Manglona, Ramona V.** | 07/29/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  - Tuturam parcel 2 (5/13/1986; $25,000) | | None | K | R | | | | | |
| 19.  - Tuturam parcel 3 (8/31/1987; $134,532) | | None | M | R | | | | | |
| 20.  - Papago parcel 1 (3/30/1995, $20) | | None | J | R | | | | | |
| 21.  - Papago parcel 2 (12/23/1987; $500,000) | | None | N | R | | | | | |
| 22.  - Papago parcel 3 (3/17/1988; $25,000) | | None | K | R | | | | | |
| 23.  - Papago parcel 4 (4/14/1988; $10,000) | | None | J | R | | | | | |
| 24.  - Papago parcel 5 (4/20/1988; $33,000) | | None | K | R | | | | | |
| 25.  - As Perdido parcel 1,2 (6/03/1991; $10) | | None | J | R | | | | | |
| 26.  - As Perdido parcel 3(11/5/1987; $52,000) | | None | L | R | | | | | |
| 27.  - As Perdido parcel 4 (6/3/1987; 4bdrm house &furniture) | | None | M | W | | | | | |
| 28.  - As Perdido parcel 5(7/01/1988; $300,000) | | None | N | R | | | | | |
| 29.  - Chalan Kiya parcel 1,2 (5/19/1987; $400,000) | | None | N | R | | | | | |
| 30.  - San Roque parcel 1(8/30/1993; $100,000) | | None | L | R | | | | | |
| 31.  - Finasisu #1,2 (2/1/2000; $50,025) | D | Rent | L | R | | | | | |
| 32.  -Finasisu #3 (5/14/2007; Gov't Land Exchange) | | None | J | W | | | | | |
| 33.  -Finasisu #4 (5/14/2007; Gov't Land Exchange) | | None | K | W | | | | | |
| 34.  -Finasisu #5 (5/14/2007; Gov't Land Exchange) | | None | K | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Manglona, Ramona V.** | 07/29/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  -Finasisu #6 (10/12/1999; Part of Gov't Land Exchange) | | None | M | W | | | | | |
| 36.  -Finasisu #7 antenna (1/13/2010; $9,000) | E | Rent | J | Q | | | | | |
| 37.  -Finasisu #8,9,10, 11, 12 (3/16/1991; $300,000) | | None | N | R | | | | | |
| 38.  - Tanapag parcel 1 (7/30/1990; $2,000) | G | Rent | J | R | | | | | |
| 39.  - San Jose Village parcel 1,2,3 (6/28/2002; $80,000) | | None | L | R | | | | | |
| 40.  - Rota property 1 (2/25/1989; $300,000) | | None | N | R | | | | | |
| 41.  - Rota property 2 (2/25/1989; $95,000) | | None | L | R | | | | | |
| 42.  - Rota property 3 (3/03/1989; $120,000) | | None | M | R | | | | | |
| 43.  -Tanapag Parcel 1, 2 (2/27/2009; $10) | | None | | | Closed | 03/11/19 | J | | |
| 44.  - United Micronesia Development Association (UMDA) | | None | K | T | | | | | |
| 45.  - Saipan Shipping Co. stock | C | Dividend | J | T | | | | | |
| 46.  - Saipan Stevedore stock | D | Dividend | J | T | | | | | |
| 47.  - Duty Free Shop stock | | None | J | T | | | | | |
| 48.  - Pacific Sky Travel stock | | None | J | T | | | | | |
| 49.  - San Roque Beach stock | | None | J | T | | | | | |
| 50.  - M.S. Villagomez stock | G | Dividend | N | T | | | | | |
| 51.  - NMDC stock | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Manglona, Ramona V.** | 07/29/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  -Micronesia Construction Co. stock | | None | J | T | | | | | |
| 53.  - Bank of Guam cash accounts | A | Interest | | | Closed | 01/23/19 | J | | |
| 54.  - First Hawaiian Bank cash accounts | A | Interest | | | Closed | 07/03/19 | J | | |
| 55.  -Trust's Fidelity Money Market Premium Cl | B | Dividend | | | Sold | 05/30/19 | N | | |
| 56.  Trust distributions to Mansvilla Investments, LLC, lines 57 to 101 | | | | | | | | | |
| 57.  - Bank of Guam nka BankGuam Holdings Co stock | B | Dividend | | | Distributed | 03/11/19 | M | | Mansvilla Investments, LLC |
| 58.  - Bank of Saipan stock | | None | | | Distributed | 03/11/19 | J | | Mansvilla Investments, LLC |
| 59.  - Dolphin Subsidiary II Inc Sr NT | A | Interest | | | Redeemed (part) | 05/13/19 | J | A | |
| 60.  - Dolphin Subsidiary II Inc Sr NT | | | | | Distributed | 05/31/19 | J | | Mansvilla Investments, LLC |
| 61.  - Donnelley RR&Sons | A | Interest | | | Distributed | 05/31/19 | J | | Mansvilla Investments, LLC |
| 62.  - Teekay Corp Series ISIN | A | Interest | | | Distributed | 05/31/19 | J | | Mansvilla Investments, LLC |
| 63.  - United Airlines TRS CMO | A | Interest | | | Distributed | 05/31/19 | J | | Mansvilla Investments, LLC |
| 64.  - Crown Castle Intl. Corp. Sr Nt | A | Interest | | | Distributed | 05/31/19 | J | | Mansvilla Investments, LLC |
| 65.  - CCO Holdings LLC Sr Nt | A | Interest | | | Distributed | 05/31/19 | J | | Mansvilla Investments, LLC |
| 66.  - Centurytel Inc. Sr Nt | A | Interest | | | Distributed | 05/31/19 | J | | Mansvilla Investments, LLC |
| 67.  - Davita Inc Sr Nt | A | Interest | | | Distributed | 05/31/19 | J | | Mansvilla Investments, LLC |
| 68.  - Ferrellgas LP/Ferrellgas Fin Corp Sr Nt | A | Interest | | | Distributed | 05/31/19 | J | | Mansvilla Investments, LLC |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Manglona, Ramona V.** | 07/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   - Healthsouth Corp. Gtd Sr Nt | A | Interest | | | Distributed | 05/31/19 | J | | Mansvilla Investments, LLC |
| 70.   - Iron Mtn. Inc. Del SrSub Nt | A | Interest | | | Distributed | 05/31/19 | J | | Mansvilla Investments, LLC |
| 71.   - Range Res Corp. Gtd SrSub Nt | A | Interest | | | Distributed | 05/31/19 | J | | Mansvilla Investments, LLC |
| 72.   - Penske Automotive Group Inc Fixed Rt | A | Interest | | | Distributed | 05/31/19 | J | | Mansvilla Investments, LLC |
| 73.   - Ave Maria Rising Dividend Fund | A | Dividend | | | Distributed | 05/31/19 | L | | Mansvilla Investments, LLC |
| 74.   - SPDR S&P 500 ETF Tr | A | Dividend | | | Sold<br>(part) | 04/30/19 | M | D | |
| 75.   - SPDR S&P 500 ETF Tr | | | | | Distributed | 05/31/19 | M | | Mansvilla Investments, LLC |
| 76.   - Vanguard Mid Cap ETF | A | Dividend | | | Distributed | 05/30/19 | K | | Mansvilla Investments, LLC |
| 77.   -Family Trust Cash Acct 1 held by Ameriprise Financial | C | Int./Div. | | | Distributed | 06/03/19 | N | | Mansvilla Investments, LLC |
| 78.   -Ameriprise Insured Money Market | B | Interest | | | Buy | 05/31/19 | N | | |
| 79.   - | | | | | Distributed | 06/03/19 | N | | Mansvilla Investments, LLC |
| 80.   -Franklin Mutual QUEST Z | | | | | Buy<br>(add'l) | 05/28/19 | J | | |
| 81.   -Franklin Mutual QUEST Z | | | | | Distributed | 05/31/19 | K | | Mansvilla Investments, LLC |
| 82.   -ISHS EDGE MSCI MIN ETF | A | Dividend | | | Distributed | 05/31/19 | K | | Mansvilla Investments, LLC |
| 83.   -Vantage Drilling Intl Stapled Unit | | None | | | Distributed | 05/31/19 | J | | Mansvilla Investments, LLC |
| 84.   -Apple Inc. | A | Dividend | | | Buy | 05/16/19 | J | | |
| 85.   -Apple Inc. | | | | | Distributed | 05/31/19 | K | | Mansvilla Investments, LLC |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Manglona, Ramona V.** | 07/29/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. -Facebook Inc. Cl A | | None | | | Distributed | 05/31/19 | L | | Mansvilla Investments, LLC |
| 87. -Hawaiian Electric Industries | A | Dividend | | | Distributed | 05/31/19 | K | | Mansvilla Investments, LLC |
| 88. -Johnson & Johnson | A | Dividend | | | Buy | 03/12/19 | J | | |
| 89. -Johnson & Johnson | | | | | Sold | 04/30/19 | J | A | |
| 90. -Microsoft Corp | A | Dividend | | | Distributed | 05/31/19 | L | | Mansvilla Investments, LLC |
| 91. -Verizon Communications | A | Dividend | | | Buy | 05/01/19 | J | | |
| 92. -Verizon Communications | | | | | Distributed | 05/31/19 | K | | Mansvilla Investments, LLC |
| 93. -Amazon.Com Inc. | | | | | Distributed | 05/31/19 | K | | Mansvilla Investments, LLC |
| 94. -Boston Scientific Corp | | None | | | Sold | 04/30/19 | L | D | |
| 95. -Coca Cola Company | A | Dividend | | | Distributed | 05/31/19 | K | | Mansvilla Investments, LLC |
| 96. -iShares Edge MSCI Min Volatility ETF | A | Dividend | | | Distributed | 05/31/19 | K | | Mansvilla Investments, LLC |
| 97. -Walt Disney Co | A | Dividend | | | Distributed | 05/31/19 | K | | Mansvilla Investments, LLC |
| 98. -AT&T Inc. | A | Dividend | | | Buy | 05/01/19 | J | | |
| 99. -AT&T Inc | | | | | Distributed | 05/31/19 | K | | Mansvilla Investments, LLC |
| 100. -Anheuser Busch Inbev SA | A | Dividend | | | Distributed | 05/31/19 | J | | Mansvilla Investments, LLC |
| 101. -Netflix Inc | | None | | | Distributed | 05/31/19 | K | | Mansvilla Investments, LLC |
| 102. Ameriprise ACC Cash Reserve Certificate | A | Interest | J | T | Redeemed (part) | 06/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Manglona, Ramona V.** | 07/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Ameriprise Strategic Portfolio and Brokerage Account | | | | | | | | | |
| 104. -Amazon.com | | None | K | T | Sold (part) | 01/02/19 | K | C | |
| 105. -Amazon.com | | | K | T | Sold (part) | 01/14/19 | K | D | |
| 106. -Amazon.com | | | K | T | Buy (add'l) | 01/16/19 | K | | |
| 107. -Apple Inc. | A | Dividend | K | T | Buy (add'l) | 01/07/19 | J | | |
| 108. -Apple Inc. | | | K | T | Sold (part) | 05/14/19 | K | C | |
| 109. -Coca Cola Company | A | Dividend | J | T | Sold (part) | 11/05/19 | J | C | |
| 110. -Facebook Inc Cl A | | None | K | T | | | | | |
| 111. -Janus Henderson Global Equity Income Cl I | A | Dividend | J | T | | | | | |
| 112. -Hawaiian Electric Industries | A | Dividend | J | T | Sold (part) | 11/07/19 | J | A | |
| 113. -iShares Core Moderate Allocation ETF | A | Dividend | J | T | | | | | |
| 114. -Johnson & Johnson | A | Dividend | J | T | Sold (part) | 10/18/19 | J | A | |
| 115. -Franklin Mutual Quest Cl Z | B | Dividend | K | T | | | | | |
| 116. -Verizon Communications | A | Dividend | J | T | | | | | |
| 117. -Walt Disney Co | A | Dividend | J | T | Sold (part) | 09/19/19 | J | A | |
| 118. -Netflix Inc. | | None | K | T | Sold (part) | 01/22/19 | K | C | |
| 119. -Netflix Inc.(loss) | | None | K | T | Sold (part) | 01/23/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Manglona, Ramona V.** | 07/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Netflix Inc. | | None | K | T | Buy (add'l) | 06/03/19 | K | | |
| 121. -Netflix Inc. | | None | K | T | Buy (add'l) | 09/05/19 | J | | |
| 122. -AT&T Inc | | | K | T | Buy | 03/15/19 | K | | |
| 123. -Microsoft Corp | | | K | T | Buy | 04/26/19 | J | | |
| 124. -Microsoft Corp | | | J | T | Buy (add'l) | 06/03/19 | J | | |
| 125. -Alphabet Inc Cl C | | | J | T | Buy | 04/16/19 | J | | |
| 126. -Alphabet Inc Cl C | | | K | T | Buy (add'l) | 05/10/19 | J | | |
| 127. -Alphabet Inc Cl A | | | K | T | Buy | 05/31/19 | J | | |
| 128. -Ameriprise Insured Money Market | A | Interest | K | T | | | | | |
| 129. PB Properties, Inc. (X) | C | Dividend | M | W | Open | 01/01/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Manglona, Ramona V.** | 07/29/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 6, header for Mansvilla Properties, LLC's assets received from the Family Trust's 2019 distributions upon the dissolution of the Trust in 2018. All the original Trust beneficiaries or their heirs are members of the LLC. All income received for the year is included in Column C of the income earning asset listed. Mansvilla Properties, LLC is a CNMI company created in late 2018 in which I am a managing member and only the Trust beneficiaries are members.

Part VII, lines 7 to 55. There are real properties listed in this section. All real properties are located in the Commonwealth of the Northern Mariana Islands (CNMI). Column C(1) does NOT have the current value because the properties have not been appraised recently, and it would be unduly burdensome to have an appraisal done every year. Also, because Article X, Section 5 of the CNMI Constitution prohibits real property taxes, there is no tax assessment value available to use. The acquisition cost or the last appraised value obtained, if available, is used instead.

Part VII, line 45 re:Tanapag parcels 1&2 was included in 2018 because of a quitclaim deed to the Trust. However, upon careful review during the dissolution process, the Trustees learned the grantor had previously transferred his interest. Therefore, the Trustees did not distribute this as an asset but instead considered it "closed" upon the Trust's dissolution.

Part VII, line 56. Header for Trust distributions to Mansvilla Investments, LLC, a family company created by 11 of 12 Trust beneficiaries. I am the sole beneficiary NOT a member of this LLC.

Part VII, lines 57 to 101. Upon the dissolution of the Trust in December 2018, its Ameriprise assets were transferred in 2019 by the Trustees to Mansvilla Investments, LLC.

Part VII, line 103. Header for my personal investments with Ameriprise Financial (lines 104 to 128).

Part VII, line 129. PB Properties, Inc. is my husband's family company. Half of the shares was subject to probate starting in 2013, which is still pending. The other half was assigned to him and his siblings on April 9, 2014, from which my husband acquired a one-eighth interest. However, all corporate income was subject to the probate. Because this is the first disclosure of this asset, I am including all dividends received through 2019.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ramona V. Manglona**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544